37582.   ATLANTIC COMPANY *v.* MOSELEY *et al.*

FELTON, Chief Judge.   The judgment of this court affirming the judgment of the superior court affirming the award of compensation having been reversed by the Supreme Court (*Atlantic Co.* v. *Moseley,* 215 *Ga.* 530, 111 S. E. 2d 239), and the original judgment of this court having been vacated, the judgment of the superior court affirming the award of compensation is reversed.

*Judgment reversed. Townsend and Carlisle, JJ., concur. Gardner, P. J., disqualified.*

DECIDED NOVEMBER 24, 1959.

*Nall, Miller, Cadenhead & Dennis, B. Carl Buice, H. G. Rawls,* for plaintiff in error.

*Smith, Gardner & Kelley, B. C. Gardner, Jr., Asa D. Kelley, Jr., Burt & Burt, H. P. Burt,* contra.